**182**

S. D. EADES, Appellant,

v.

Charles H. COY, Appellee.

Court of Appeals of Kentucky.

Nov. 15, 1957.

George T. Ross, Richmond, for appellant.

Charles R. Coy and Thomas D. Shumate, Richmond, for appellee.

PER CURIAM.

This is a motion for an appeal from a $400 judgment recovered from defendant upon a jury verdict for slander in connection with a sale of real estate. The defendant contends he was entitled to a directed verdict and that the instructions were erroneous.

After due consideration of the briefs and the record, we are of the opinion that a jury question was presented as to whether or not the alleged statements of the defendant injured the plaintiff in his profession as a real estate broker by reflecting upon his integrity. The instructions given the jury were proper, and the plaintiff had a fair trial.

The motion for appeal is overruled, and the judgment stands affirmed.